UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14244-CIV-CANNON

**CENTER FOR BIOLOGICAL DIVERSITY,
TROPICAL AUDUBON SOCIETY**, and
**MIAMI BLUE CHAPTER OF THE NORTH
AMERICAN BUTTERFLY ASSOCIATION**,

     Plaintiffs,
v.

**DEBRA HAALAND**, in her official capacity as
Secretary of the U.S. Department of the Interior,
the **U.S. DEPARTMENT OF THE INTERIOR**,
**MARTHA WILLIAMS**, in her official capacity
as Director of the U.S. Fish and Wildlife Service,
and the **U.S. FISH AND WILDLIFE SERVICE**,

     Defendants.
_____/

## ORDER REQUIRING COMPLIANCE WITH
## PARTIES' STIPULATED SETTLEMENT AGREEMENT AND DISMISSING CASE

This cause comes before the Court on the parties' Stipulated Settlement Agreement [ECF No. 20], filed on November 3, 2022. The parties advise the Court that they have reached a resolution of this case, subject to the Court's entry of an Order requiring compliance with the parties' Stipulated Settlement Agreement [ECF No. 20] and reserving jurisdiction to enforce the Stipulated Settlement Agreement.

Having reviewed the parties' Stipulated Settlement Agreement [ECF No. 20], it is hereby:

**ORDERED AND ADJUDGED** that:

1. The parties' Stipulated Settlement Agreement [ECF No. 20] is approved as an Order of this Court. The parties are ordered to comply with the terms of the Stipulated Settlement Agreement.

2. Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITH PREJUDICE**. The Court, however, reserves jurisdiction to enforce compliance with, and remedy any violation, of the parties' Stipulated Settlement Agreement [ECF No. 20].

3. The Clerk shall **CLOSE** this case. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 7th day of November 2022.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record